CLYDE & CO US LLP
Amy M. Samberg (Nevada Bar No. 10212)
Lee H. Gorlin (NV Bar No. 13879)
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone No.: 725-248-2900
Facsimile No.: 725-248-2907
E-Mail: amy.samberg@clydeco.us
          lee.gorlin@clydeco.us

*Attorneys for Safeco Insurance Company of America*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIP VAN 899, LLC, a Nevada limited liability company; ESTATE OF CHRISTOPHER ERIN BROWN, decedent and Nevada citizen; CHERI A. BROWN, individually and as Special Administrator of the ESTATE OF CHRISTOPHER ERIN BROWN, a Nevada citizen; and CHRISTOPHER DAVID KIRK BROWN, a minor and heir of the ESTATE OF CHRISTOPHER ERIN BROWN, a Nevada Citizen, by and through his paternal grandmother and legal guardian, CHERI A. BROWN, a Nevada Citizen.<br><br>Defendants. | Case No. 2:23-cv-01417-ART-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT DISCOVERY PLAN BY SEVEN DAYS TO PERMIT THIRD-PARTY DEFENDANTS TO PARTICIPATE** |
| RIP VAN 899, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation<br><br>Counterdefendant. | |

|   |   |
|---|---|
| 1 | RIP VAN 899, LLC, a Nevada limited liability company, |
| 2 |  |
| 3 | Third-Party Plaintiff, vs. |
| 4 | MIKE PAYNE, an individual; LEGACY INSURANCE GROUP, a Domestic Corporation |
| 5 |  |
| 6 | Third Party Defendants. |

IT IS HEREBY STIPULATED between Plaintiff and Counterdefendant SAFECO INSURANCE COMPANY OF AMERICA ("Safeco"), Defendant, Counterclaimant, and Third-Party Plaintiff RIP VAN 899, LLC ("Rip Van"), and Defendants the ESTATE OF CHRISTOPHER ERIN BROWN, CHERI A. BROWN, and CHRISTOPHER DAVID KIRK BROWN (the "Brown Defendants") (collectively the "parties"), by and through their respective counsel of record, pursuant to LR IA 6-1, IA 6-2 and 7-1, that the time to file a joint discovery plan be extended by seven (7) days to March 6, 2024.  The agreed-to extension is supported by good cause and is made in good faith and stipulated between the aforementioned parties for the following reasons:

(1) Not all parties have formally appeared in this action.  Third-Party Defendants MIKE PAYNE and LEGACY INSURANCE GROUP (collectively "Legacy") have not yet filed a response to Rip Van's Third-Party Complaint.

(2) On February 7, 2024, Legacy and Rip Van stipulated, and this Court ordered, that Legacy have until February 28, 2024 to respond to the Third-Party Complaint.  (ECF No. 30).

(3) On February 20, 2024, this Court denied Safeco's Motion for a Stay of Discovery pending resolution of its pending dispositive motion.  (ECF No. 37).  In the Court's Order, the parties were ordered to file a joint discovery plan by February 28, 2024.  *Id.*  This is the same date by which Legacy must file its response to the Third-Party Complaint and enter the action.

/ / /

/ / /

/ / /

/ / /

(4) So that Legacy may focus on responding to the Third-Party Complaint and then be able to meaningfully participate in the Rule 26 conference, the parties request that the deadline to file a joint discovery plan be extended by seven (7) days to March 6, 2024.

Dated this 23rd day of February 2024.

| CLYDE & CO US LLP | LIN LAW GROUP |
|---|---|
| By: */s/ Lee H. Gorlin*<br>Amy M. Samberg (Nevada Bar No. 10212)<br>Lee H. Gorlin (Nevada Bar No. 13879)<br>7251 West Lake Mead Boulevard, Suite 430<br>Las Vegas, Nevada 89128 | By: */s/ Michael M. Lin*<br>Michael M. Lin (Nevada Bar No. 10392)<br>5288 Spring Mountain Road, Suite 103<br>Las Vegas, Nevada 89146 |
| *Attorneys for Safeco Insurance Company of America* | *Attorneys for Rip Van 899, LLC* |

VALIENTE MOTT, LTD

By: */s/ James A. Trummell*
James A. Trummell (Nevada Bar No. 14127)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for the Estate of Christopher Erin Brown, Cheri A. Brown, and Christopher David Kirk Brown*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2024

- 3 -