1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation, | CASE NO.: 2:23-cv-01417-ART-NJK |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY PLAINTIFF RIP VAN 899, LLC's THIRD-PARTY COMPLAINT AGAINST THIRD PARTY DEFENDANTS MIKE PAYNE AND LEGACY INSURANCE GROUP** |
| RIP VAN 899, LLC, a Nevada limited liability company; ESTATE OF CHRISTOPHER ERIN BROWN, decedent and Nevada citizen; CHERI A. BROWN, individually and as Special Administrator of the ESTATE OF CHRISTOPHER ERIN BROWN, a Nevada citizen; and CHRISTOPHER DAVID KIRK BROWN, a minor and heir of the ESTATE OF CHRISTOPHER ERIN BROWN, a Nevada Citizen, by and through his paternal grandmother and legal guardian, CHERI A. BROWN, a Nevada Citizen. | |
| Defendants. | |
| RIP VAN 899, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation, | |
| Counterdefendant. | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

RIP VAN 899, LLC, a Nevada limited liability company,

              Third Party Plaintiff,

vs.

MIKE PAYNE, an individual; LEGACY INSURANCE GROUP, a Nevada Domestic Corporation

              Third Party Defendants.

COME NOW, Third-Party Plaintiff Rip Van 899, LLC and Third-Party Defendants Mike Payne and Legacy Insurance Group (collectively, the "Parties"), by and through their undersigned counsel of record, and pursuant to the representations made by the Parties in ECF No. 42 *haec verba* and the directive of this Court Order entered at ECF No. 43, hereby stipulate as follows:

IT IS HEREBY STIPULATED that Third-Party Plaintiff Rip Van 899, LLC's Third-Party Complaint against Third Party Defendants Mike Payne and Legacy Insurance Group shall be dismissed, without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1    IT IS HEREBY FURTHER STIPULATED that each of the Parties shall bear their own

2  attorney's fees and costs incurred with regard to the Third-Party Complaint.

3  Dated: March 20, 2024.                          Dated: March 20, 2024.

4  **LEWIS BRISBOIS BISGAARD &**               **LIN LAW GROUP**
   **SMITH LLP**
5

6  _____/s/ Marc S. Cwik_____        _____/s/ Michael M. Lin_____
   MARC S. CWIK                                MICHAEL M. LIN
7  Nevada Bar No. 6946                         Nevada Bar No. 10392
   LEWIS BRISBOIS BISGAARD &                   HONG NGOC THI PHAN
8  SMITH LLP                                   Nevada Bar No. 15453
9  6385 S. Rainbow Boulevard, Suite 600        5288 Spring Mountain Road, Suite 103
   Las Vegas, Nevada 89118                     Las Vegas, NV 89146
10 *Attorneys for Third Party Defendants,*     *Attorneys for Third-Party Plaintiff,*
   *Mike Payne and Legacy Insurance Group*     *Rip Van 899, LLC*
11

12                              <u>ORDER</u>

13    Based upon the foregoing stipulation and good cause appearing, Third-Party Plaintiff Rip

14 Van 899, LLC's Third Party Complaint against Third Party Defendants Mike Payne and Legacy

15 Insurance Group is dismissed without prejudice.  Each of these Parties shall bear their own

16 attorney's fees and costs incurred with regard to the Third-Party Complaint.

17    **IT IS SO ORDERED.**

18                              _____

19                              ANNE R. TRAUM
                               UNITED STATES DISTRICT JUDGE
20
                               DATED:  <u>March 21, 2024</u>
21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

3