**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>            Plaintiff,<br>    v.<br><br>RIP VAN 899, LLC, a Nevada limited liability company; ESTATE OF CHRISTOPHER ERIN BROWN, decedent and Nevada citizen; CHERI A. BROWN, individually and as Special Administrator of the ESTATE OF CHRISTOPHER ERIN BROWN, a Nevada citizen; and CHRISTOPHER DAVID KIRK BROWN, a minor and heir of the ESTATE OF CHRISTOPHER ERIN BROWN, a Nevada Citizen, by and through his paternal grandmother and legal guardian, CHERI A. BROWN, a Nevada Citizen.<br><br>            Defendants. | Case No. 2:23-cv-01417-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| RIP VAN 899, LLC, a Nevada limited liability company,<br><br>    vs.            Counterclaimant<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation<br><br>            Counterdefendant. | |

Plaintiff/CounterDefendant SAFECO INSURANCE COMPANY OF AMERICA, Defendant/CounterClaimant RIP VAN 899, LLC and Defendants CHRISTOPHER ERIN BROWN, decedent and Nevada citizen; CHERI A. BROWN, individually and as Special

1 Administrator of the ESTATE OF CHRISTOPHER ERIN BROWN, a Nevada citizen; and
2 CHRISTOPHER DAVID KIRK BROWN, a minor and heir of the ESTATE OF CHRISTOPHER
3 ERIN BROWN, a Nevada Citizen, by and through his paternal grandmother and legal guardian,
4 CHERI A. BROWN, a Nevada Citizen, by and through their respective counsel of record
5 respectfully agree and stipulate all claims, counterclaims, and causes of actions set forth in this
6 Declaratory Judgment action Case No. 2:23-cv-01417 by and against all parties be dismissed with
7 prejudice in their entirety, with all parties to bear their own costs.

Accordingly, the parties hereby agree and stipulate to dismiss this entire action including any and all counterclaims, is dismissed with prejudice only as to the parties executing this Stipulation, and without prejudice or effect as to any other party not joining herein.

Dated: November 4, 2025

CLYDE & CO US LLP

 /s/ *Dylan P. Todd*
_____
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
(725) 248-2900
***Attorneys for Plaintiff/CounterDefendant
Safeco Insurance Company of America***

Dated: November 4, 2025

LIN LAW GROUP

 /s/ *Michael M. Lin*
_____
Michael M. Lin (NV Bar No. 10392)
5288 Spring Mtn. Road, Ste 103
Las Vegas, Nevada 89146
(702) 871 9888
***Attorney for Defendant/ Counterclaimant
Rip Van 899, LLC***

Dated: November 3, 2025

VALIENTE MOTT, LTD.

 /s/ *James A. Trummell*
_____
Timothy A. Mott (NV Bar No. 12828)
James A. Trummell (NV Bar No. 14127)
Peter Peterson (NV Bar No. 14256)
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 623-2323
***Attorney for Brown Defendants***

*Safeco Insurance Company of America v. RIP Van 899, LLC, et al*
Case No.: 2:23-cv-01417-ART-NJK

### ORDER

**BASED ON THE STIPULATION OF THE PARTIES** and good cause appearing; therefore

**IT IS SO ORDERED** that this case is dismissed in its entirety with prejudice, each party to bear their own fees and costs. The Clerk of Court is directed to close the case.

_____
Anne R. Traum
United States District Judge

DATED: November 4, 2025